United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 25-14887-amc
Stanley W. Williams Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Aug 12, 2026 Form ID: 155 Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stanley W. Williams, 1722 E Tulpehocken St, Philadelphia, PA 19138-1604 |
| 15078716 | | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |
| 15092617 | + | U.S. BANK TRUST NATIONAL ASSOCIATION, et al, Danielle Boyle-Ebersole, Esquire, HLADIK, ONORATO & FEDERMAN, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 15092765 | + | U.S. Bank Trust National Association, c/o DANIELLE BOYLE-EBERSOLE, Hladik Onorato & Federman LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 15078724 | + | U.S. Bank and Trust, N.A., 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15078725 | | Email/Text: megan.harper@phila.gov | Aug 13 2026 02:10:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15078711 | | Email/Text: mrdiscen@discover.com | Aug 13 2026 02:10:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15078712 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 13 2026 02:13:34 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15078713 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 13 2026 02:10:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P.O. Box 70379, Philadelphia, PA 19176-0379 |
| 15078714 | ^ | MEBN | Aug 13 2026 02:08:40 | Hladik, Onorato & Federman, LLP, Attn: Bankruptcy, 298 Wissahickon Ave, North Wales, PA 19454-4156 |
| 15078715 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 13 2026 02:10:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15080651 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2026 02:13:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15078717 | | Email/Text: ml-ebn@missionlane.com | Aug 13 2026 02:10:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15078718 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 13 2026 02:11:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15078719 | | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 13 2026 02:11:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15098586 | | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 13 2026 02:11:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15078720 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 13 2026 02:10:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15078722 | ^ | MEBN | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 13 2026 02:09:01 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15078721 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 13 2026 02:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15084418 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 13 2026 02:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15078723 | | Email/Text: bankruptcy@philapark.org | Aug 13 2026 02:11:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15098928 | | Email/Text: bnc-quantum@quantum3group.com | Aug 13 2026 02:10:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15101370 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 13 2026 02:10:00 | U.S. Bank Trust National Association, et al., c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE OF BRAVO RESIDENTIAL FUNDING TRUST 2022-NQM3 c/o Nationstar Mortgage LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Stanley W. Williams help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Stanley W. Williams | ) | Case No. 25−14887−amc |
| Debtor(s). | ) | Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 11, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court