B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re Stanley W. Williams, Case No. 25-14887-amc

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

UMB Bank, National Association not in its individual capacity, but solely as legal title trustee for LVS Title Trust 2018-3
Name of Transferee

U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee of BRAVO Residential Funding Trust 2022-NQM3
Name of Transferor

Name and Address where notices to transferee should be sent:
Rushmore Servicing
PO Box 619096, Dallas, TX 75261-9741

Phone: 877-888-4623
Last Four Digits of Acct #: 8145

Court Claim # (if known): 7
Amount of Claim: $174,064.31
Date Claim Filed: 02/06/2026

Phone: 877-888-4623
Last Four Digits of Acct. #: 8145

Name and Address where transferee payments should be sent (if different from above):
Rushmore Servicing
PO Box 619094, Dallas, TX 75261-9741

Phone: 877-888-4623
Last Four Digits of Acct #: 8145

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Danielle Boyle-Ebersole, Esquire
Transferee/Transferee's Agent

Date: 09/22/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

When Recorded Return To:
DOCUMENT ADMINISTRATION
ROCKET MORTGAGE LLC
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

[redacted]

**CORPORATE ASSIGNMENT OF MORTGAGE**

**Philadelphia, Pennsylvania**

[redacted] "COMPANY"

Date of Assignment: September 9th, 2026

Assignor: U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE OF BRAVO RESIDENTIAL FUNDING TRUST 2022-NQM3, BY ROCKET MORTGAGE, LLC SUCCESSOR BY MERGER TO NATIONSTAR MORTGAGE, LLC., ITS ATTORNEY- IN-FACT
Assignee: UMB BANK, NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS LEGAL TITLE TRUSTEE FOR LVS TITLE TRUST 2018-3

Executed By: VELOCITY COMMERCIAL CAPITAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY To: VELOCITY COMMERCIAL CAPITAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY
Date of Mortgage: 01/07/2022 Recorded: 04/06/2022 as Instrument/Document: 54018562 In the County of Philadelphia, State of Pennsylvania.
Property Address: 4511 NORTH CARLISLE STREET, PHILADELPHIA, PA 19140 in the City of Philadelphia
Legal: ALL THAT CERTAIN LOT OR PIECE OF GROUND WITH THE MESSUAGE OR TENEMENT THEREON ERECTED.
SITUATE ON THE EAST SIDE OF CARLISLE STREET AT THE DISTANCE OF NINETY-FOUR FEET NORTHWARD FROM THE NORTH SIDE OF WINGOHOCKING STREET IN THE 13TH (FORMERLY PART OF THE 49TH) WARD OF THE CITY OF PHILADELPHIA.
CONTAINING IN FRONT OR BREADTH ON THE SAID CARLISLE STREET NINETEEN FEET SIX INCHES AND EXTENDING OF THAT WIDTH IN LENGTH OR DEPTH EASTWARD BETWEEN PARALLEL LINES AT RIGHT ANGLES TO SAID CARLISLE STREET EIGHTY-TWO FEET.
OPA NO. 13-2017100
BEING THE SAME PROPERTY CONVEYED TO ALLPROFIT, LLC, (A DELAWARE LLC) BY DEED FROM FRANK C. FOWLER AND EBONY FAY FOWLER, AKA EBONY FOWLER, BY POWER OF ATTORNEY OF RITA A. SPRUEL, AKA SPRUEL, DATED 06/17/2017 OF RECORD AS DOCUMENT NO. 53732826 IN THE RECORDER OF DEEDS OFFICE FOR PHILADELPHIA COUNTY, PENNSYLVANIA, DATED OCTOBER 7, 2020 AND RECORDED ON OCTOBER 15, 2020.
BEING ALSO KNOWN AS 4511 NORTH CARLISLE STREET, PHILADELPHIA, PA 19140
SITUATE IN THE COUNTY OF PHILADELPHIA, STATE OF PENNSYLVANIA.

*POA RECORDED 07/22/2025 AS DOCUMENT NO. 54448012 IN PHILADELPHIA COUN TY, PA*

[redacted]

I do certify that the precise address of UMB BANK, NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS LEGAL TITLE TRUSTEE FOR LVS TITLE TRUST 2018-3 is 120 SOUTH SIXTH ST., SUITE 1400, MINNEAPOLIS, MN 55402
Attested By:

**Tsedale Alemu**

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $154,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE OF BRAVO RESIDENTIAL FUNDING TRUST 2022-NQM3, BY ROCKET MORTGAGE, LLC SUCCESSOR BY MERGER TO NATIONSTAR MORTGAGE, LLC., ITS ATTORNEY- IN-FACT
On September 9th, 2026

By: ____________________
**Tsedale Alemu**
Authorized Signatory

[redacted]

CORPORATE ASSIGNMENT OF MORTGAGE Page 3 of 3

STATE OF Texas
COUNTY OF Dallas Dallas

On September 9th, 2026, before me, Sylvia Ramirez, a Notary Public in and for Dallas in the State of Texas, personally appeared Tsedale Alemu of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE OF BRAVO RESIDENTIAL FUNDING TRUST 2022-NQM3, BY ROCKET MORTGAGE, LLC SUCCESSOR BY MERGER TO NATIONSTAR MORTGAGE, LLC., ITS ATTORNEY- IN-FACT, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

Sylvia Ramirez

Notary Expires: / /

MAR 13 2027

SYLVIA RAMIREZ
Notary Public, State of Texas
Comm. Expires 03-13-2027
Notary ID 131921660

(This area for notarial seal)

[redacted]

**EXHIBIT A**

ALL THAT CERTAIN lot or piece of ground with the messuage or tenement thereon erected.

SITUATE on the East side of Carlisle Street at the distance of ninety-four feet Northward from the North side of Wingohocking Street in the 13th (formerly part of the 49th) Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Carlisle Street nineteen feet six inches and extending of that width in length or depth Eastward between parallel lines at right angles to said Carlisle Street eighty-two feet.

OPA No. 13-2017100

Being the same property conveyed to Allprofit, LLC, (a Delaware LLC) by Deed from Frank C. Fowler and Ebony Fay Fowler, AKA Ebony Fowler, by Power of Attorney of Rita A. Spruel, AKA Spruel, dated 06/17/2017 of record as Document No. 53732826 in the Recorder of Deeds Office for Philadelphia County, Pennsylvania, dated October 7, 2020 and recorded on October 15, 2020.

Being also known as 4511 North Carlisle Street, Philadelphia, PA 19140

Situate in the County of Philadelphia, State of Pennsylvania.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 25-14887-AMC |
| Stanley W. Williams | : Chapter 13 |
| Debtor | : |
| | : |
| | : |
| UMB Bank, National Association not in its individual capacity, but solely as legal title trustee for LVS Title Trust 2018-3 | : |
| Movant | : |
| vs. | : |
| | : |
| Stanley W. Williams | : |
| Debtor/Respondent | : |
| | : |
| and | : |
| Kenneth E. West, Esquire | : |
| Trustee/Respondent | : |

**<u>CERTIFICATE OF SERVICE</u>**

I, Danielle Boyle-Ebersole hereby certify that on **09/22/2026**, I have served a copy of this Transfer of Claim and all attachments to the following by U.S. Mail, postage pre paid and/or via filing with the US Bankruptcy Court's CM ECF system.

Michael A. Cibik, Esquire
Via ECF
*Attorney for Debtor*

Kenneth E. West, Esquire
VIA ECF
*Trustee*

Stanley W. Williams
1722 E. Tulpehocken Street
Philadelphia, PA 19138
Via First Class Mail
*Debtor*

<u>/s/ Danielle Boyle-Ebersole, Esquire</u>
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: dboyle-ebersole@hoflawgroup.com