**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>STANLEY W. WILLIAMS<br>*Debtor*<br><br>UMB Bank, National Association not in its individual capacity, but solely as legal title trustee for LVS Title Trust 2018-3<br>*Movant*<br>vs.<br>STANLEY W. WILLIAMS,<br>*Debtor/Respondent*<br>ALLPROFIT, LLC<br>*Non-Filing Co-Debtor/Respondent,*<br>and<br><br>KENNETH E. WEST, Esquire,<br>*Trustee/Respondent* | Bankruptcy No. 25-14887-AMC<br>Chapter 13 |

**ORDER**

**AND NOW,** this ______ day of ____________, 2026, upon consideration of the Motion of UMB Bank, National Association not in its individual capacity, but solely as legal title trustee for LVS Title Trust 2018-3, and the response thereto, if any, and for good cause shown, it is hereby:

**ORDERED AND DECREED** that the Motion is granted, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 and § 1301 as to Allprofit, LLC is modified and lifted with respect to the property more commonly known as 4511 North Carlisle Street, Philadelphia, PA 19140, to allow Movant, or it successors, if any, to exercise its rights under its loan documents; and it is

**FURTHER ORDERED** that the 14-day stay provided by Rule 4001(a)(4) is hereby waived, permitting Movant to immediately enforce and implement this Order for relief.

BY THE COURT:

____________________________________
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge