**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>STANLEY W. WILLIAMS<br>*Debtor*<br><br>UMB Bank, National Association not in its individual capacity, but solely as legal title trustee for LVS Title Trust 2018-3<br>*Movant*<br>vs.<br>STANLEY W. WILLIAMS,<br>*Debtor/Respondent*<br>ALLPROFIT, LLC<br>*Non-Filing Co-Debtor/Respondent,*<br>and<br>KENNETH E. WEST, Esquire,<br>*Trustee/Respondent* | Bankruptcy No. 25-14887-AMC<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

I, the undersigned, attorney for UMB Bank, National Association not in its individual capacity, but solely as legal title trustee for LVS Title Trust 2018-3, certify that a copy of the Motion for Relief from Automatic Stay and Co-Debtor Stay and Notice of Motion has been served to the parties at the addresses shown below, on the date set forth below, by CM/ECF Notification and/or First Class Mail:

Michael A. Cibik, Esquire
VIA ECF
*Attorney for Debtor*

Kenneth E. West, Esquire
VIA ECF
*Trustee*

Stanley W. Williams
1722 E. Tulpehocken Street
Philadelphia, PA 19138
Via First Class Mail
*Debtor*

Stanley W. Williams
Allprofit, LLC
4511 North Carlisle Street
Philadelphia, PA 19140Via First Class Mail
*Debtor and Non-Filing Co-Debtor*

Date: 09/30/2026

HLADIK, ONORATO & FEDERMAN, LLP

BY: /s/ Danielle Boyle-Ebersole

Danielle Boyle-Ebersole, Esquire
PA Attorney ID# 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone: (215) 855-9521
Email: dboyle-ebersole@hoflawgroup.com