**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>STANLEY W. WILLIAMS<br>*Debtor*<br><br>UMB Bank, National Association not in its individual capacity, but solely as legal title trustee for LVS Title Trust 2018-3<br>*Movant*<br>vs.<br>STANLEY W. WILLIAMS,<br>*Debtor/Respondent*<br>ALLPROFIT, LLC<br>*Non-Filing Co-Debtor/Respondent,*<br>and<br>KENNETH E. WEST, Esquire,<br>*Trustee/Respondent* | Bankruptcy No. 25-14887-AMC<br>Chapter 13 |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

UMB Bank, National Association not in its individual capacity, but solely as legal title trustee for LVS Title Trust 2018-3, has filed, with the US Bankruptcy Court, a Motion for Relief from Stay under 11 U.S.C. §362 and from the Co-Debtor Stay regarding its rights it has under the loan documents or with respect to the Property located at 4511 North Carlisle Street, Philadelphia, PA 19140 (the "Property").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney).**

1. If you do not want the Court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on, or before, 10/14/2026, you or your attorney must do all of the following

a. **FILE AN ANSWER** explaining your position at:

UNITED STATES BANKRUPTCY COURT
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Court Clerk's office for filing, you must mail in early enough so that it will be received on, or before, the date stated above, and

b. **MAIL A COPY** of the documents to Movant's attorney:

HLADIK, ONORATO & FEDERMAN, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone: 215-855-9521
Fax: 215-855-9121
Email: dboyle-ebersole@hoflawgroup.com

2. If you, or your attorney, do not take these steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A **HEARING ON THE MOTION** is scheduled to be held before the Honorable Ashely M. Chan on **10/27/2026** at **11:00 AM** in Courtroom No. **#4** United States Bankruptcy Court, Robert N.C. Nix Federal Building, 900 Market Street, 2nd Floor, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Court Clerk's office at (215)408-2800 to find out where the hearing has been canceled because no one filed an answer.

Date: 09/30/2026 HLADIK, ONORATO & FEDERMAN, LLP

BY: /s/ Danielle Boyle-Ebersole

Danielle Boyle-Ebersole, Esquire
PA Attorney ID# 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone: (215) 855-9521
Email: dboyle-ebersole@hoflawgroup.com