**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Stanley W. Williams,<br><br>*Debtor*. | Chapter 13<br>Case No: 25-14887-AMC |

**Debtor's Objection to Motion for Relief from Stay**

**AND NOW**, Debtor Stanley W. Williams, by and through his attorney, hereby objects to the Motion for Relief from Stay filed by creditor UMB Bank, National Association.

Date: October 1, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik

Michael A. Cibik (#23110) 1500
Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Certificate of Service**

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by UMB Bank, National Association to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: October 1, 2026

/s/ Michael A. Cibik
Michael A. Cibik