**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>STANLEY W. WILLIAMS<br>*Debtor*<br><br>UMB BANK, NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS LEGAL TITLE TRUSTEE FOR LVS TITLE TRUST 2018-3<br>*Movant*<br>vs.<br>STANLEY W. WILLIAMS<br>*Debtor/Respondents*<br>ALLPROFIT, LLC<br>*Non-Filing Co-Debtor/Respondent,*<br>and<br>KENNETH E. WEST, Esquire,<br>*Trustee/Respondent* | Bankruptcy No. 25-14887-AMC<br>Chapter 13 |

ORDER

AND NOW, this______ day of __________________, 2026, it is hereby ORDERED that this Stipulation Agreement between the parties is hereby approved.

___________________________________
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge