**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>STANLEY W. WILLIAMS<br>*Debtor*<br><br>UMB BANK, NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS LEGAL TITLE TRUSTEE FOR LVS TITLE TRUST 2018-3<br>*Movant*<br>vs.<br>STANLEY W. WILLIAMS<br>*Debtor/Respondents*<br>ALLPROFIT, LLC<br>*Non-Filing Co-Debtor/Respondent,*<br>and<br>KENNETH E. WEST, Esquire,<br>*Trustee/Respondent* | Bankruptcy No. 25-14887-AMC<br>Chapter 13 |

ORDER

AND NOW, this 21st day of Oct., 2026, it is hereby ORDERED that this Stipulation Agreement between the parties is hereby approved.

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge