**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Stanley W. Williams,<br><br>*Debtor*. | Chapter 13<br>Case No: 25-14887-AMC |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 45, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 44) is **APPROVED**.

**Date:**

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge