**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Stanley W. Williams,<br><br>*Debtor*. | Chapter 13<br>Case No: 25-14887-AMC |

**Certificate of Service**

I, Michael A. Cibik, certify that on October 21, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Modified Chapter 13 Plan
- Motion to Modify Plan After Confirmation and Proposed Order
- Notice of Motion to Modify Plan After Confirmation

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: October 21, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**U.S. Bank Trust, N.A.**
c/o Rushmore Servicing
PO Box 619096
Dallas, TX 72561

**Method of Service: First Class Mail**

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Pennsylvania Department of Revenue**
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128