United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 25-14887-amc

Stanley W. Williams Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 1

Date Rcvd: Oct 31, 2026 Form ID: pdf900 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| **Recip ID** | **Recipient Name and Address** |
|---|---|
| db | Stanley W. Williams, 1722 E Tulpehocken St, Philadelphia, PA 19138-1604 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE OF BRAVO RESIDENTIAL FUNDING TRUST 2022-NQM3 c/o Nationstar Mortgage LLC dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor UMB Bank National Association not in its individual capacity, but solely as legal title trustee for LVS Title Trust 2018-3 dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Stanley W. Williams help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>STANLEY W. WILLIAMS<br>*Debtor*<br><br>UMB BANK, NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS LEGAL TITLE TRUSTEE FOR LVS TITLE TRUST 2018-3<br>*Movant*<br>vs.<br>STANLEY W. WILLIAMS<br>*Debtor/Respondents*<br>ALLPROFIT, LLC<br>*Non-Filing Co-Debtor/Respondent,*<br>and<br>KENNETH E. WEST, Esquire,<br>*Trustee/Respondent* | Bankruptcy No. 25-14887-AMC<br>Chapter 13 |

ORDER

AND NOW, this 21st day of Oct., 2026, it is hereby ORDERED that this Stipulation Agreement between the parties is hereby approved.

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge