**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

**IN RE:** **CASE NO.: 25-14887-amc**
**CHAPTER 13**

**Stanley W. Williams,**

**Debtor.**

_________________________________/

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR TRF ACQUISITION TRUST
Name of Transferee

Name and Address where notices to Transferee should be sent:
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone: 877-735-3637
Last Four Digits of Acct #: 3566

UMB Bank, National Association not in its individual capacity, but solely as legal title trustee for LVS Title Trust 2018-3
Name of Transferor

Court Claim # (if known): 7-1
Amount of Claim: $174,064.31
Date Claim Filed: 2/6/2026

Phone: 877-888-4623
Last Four Digits of Acct #: 8145

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone: 877-735-3637
Last Four Digits of Acct #: 3566

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jordan Katz Date: 11/19/2026

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Stanley W. Williams
1722 E Tulpehocken St
Philadelphia, PA 19138-1604

And via electronic mail to:

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/ Benjamin Kornick

Email: bkornick@raslg.com